*PARKER SCHWARTZ, PLLC*
7310 NORTH 16TH STREET, SUITE 330
PHOENIX, ARIZONA 85020
PH: (602) 282-0477
FAX: (602) 282-0478
E-MAIL: LHIRSCH@PSAZLAW.COM

LAWRENCE D. HIRSCH (#004982)
ATTORNEYS FOR THOMAS DURKIN



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANN DURKIN<br><br>Debtor(s). | In Proceedings Under Chapter 7<br><br>Case No.: 2: 15-bk-09013 EPB<br><br>STIPULATION FOR RELIEF FROM STAY |

Debtor, Ann Durkin and her ex-husband Thomas Durkin, by and through counsel undersigned hereby stipulate that this Court enter an order lifting the automatic stay to allow Debtor and her non-Debtor ex-spouse to pursue all matters relating to the Dissolution of Marriage action and post-Dissolution matters, other than the division of non-exempt property until such time as that property is abandoned by the Chapter 7 Trustee or by operation of law, including, but not limited to, division of exempt property between Husband and Wife and non-exempt property which the Trustee abandons or becomes abandoned by operation of law, the entering of any Modification Decree of Dissolution of Marriage (with no transfers of non-exempt property to occur without Bankruptcy Court approval), resolution of issues regarding assignment of tax obligations and such other matters incident to the jurisdiction of the Superior Court. Thomas Durkin shall not seek to enforce any judgment against property

of the bankruptcy estate without the express approval of the Bankruptcy Court. The Superior Court may still enter all appropriate judgments. The Superior Court may retain jurisdiction to divide property which is later abandoned by the Bankruptcy Court.

RESPECTFULLY SUBMITTED, this 10th day of ~~August,~~ Sept. 2015.

Approved:

*PARKER SCHWARTZ, PLLC*

for

/s/ Lawrence D. Hirsch, #004982

Lawrence D. Hirsch
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Attorney for Thomas Durkin

/s/ David Allegrucci

David Allegrucci
Allegrucci Law Office PLLC
307 North Miller Road
Buckeye, Az. 85326
Attorney for Debtor

/s/ Jill H. Ford

P.O. Box 5845
Carefree, AZ 85377
Chapter 7 Trustee

The foregoing was electronically filed this 10th day of ~~August~~ Sept. 2015.

/s/ Linda Miernik

Legal Assistant to Lawrence D. Hirsch, Esq.
Parker Schwartz, PLLC
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Phone: 602.282.0477

PARKER SCHWARTZ, PLLC
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020