*PARKER SCHWARTZ, PLLC*
7310 NORTH 16TH STREET, SUITE 330
PHOENIX, ARIZONA 85020
PH: (602) 282-0477
FAX: (602) 282-0478
E-MAIL: LHIRSCH@PSAZLAW.COM

LAWRENCE D. HIRSCH (#004982)
ATTORNEYS FOR THOMAS DURKIN

PARKER SCHWARTZ, PLLC
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANN DURKIN<br><br>Debtor(s). | In Proceedings Under Chapter 7<br><br>Case No.: 2: 15-bk-09013 EPB<br><br>ORDER ON STIPULATION FOR RELIEF FROM STAY |

The Court having considered the Stipulation of the parties. Debtor, Ann Durkin and her ex-husband non-debtor, Thomas Durkin, by and through their respective counsel, undersigned and with good cause,

IT IS HEREBY ORDERED,

1. That the stipulation is approved lifting the automatic stay to allow Debtor and her non-Debtor ex-spouse to pursue all matters relating to the Dissolution of Marriage action and post-Dissolution matters, other than the division of non-exempt property.

2. That Thomas Durkin shall not seek to enforce any judgment against property of the bankruptcy estate without the express approval of the Bankruptcy Court.

3. The Superior Court shall retain jurisdiction to divide property including but not limited to the entering of any Modification Decree of Dissolution of Marriage (with no transfers of non-exempt property to occur without Bankruptcy Court approval), resolution of issues regarding assignment of tax obligations and such other matters incident to the jurisdiction of the Superior Court.

4. The Superior Court shall not make a division of non-exempt property until such time as that property is abandoned by the Chapter 7 Trustee and approved by the Bankruptcy Court or by operation of law, including, but not limited to, division of exempt property between Husband and Wife and non-exempt property.

5. The Superior Court may still enter all appropriate judgments.

6. The Superior Court shall retain jurisdiction to divide property which is later abandoned by the Bankruptcy Court.

PARKER SCHWARTZ, PLLC
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020